AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means   ☐ Original   ☑ Duplicate Original

E-FILED
Wednesday, 07 May, 2025 03:55:12 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U.S. Postal Service Priority Mail Parcel<br># 9405 5362 0624 9297 4090 84<br>currently in the custody of the U.S. Postal Inspection Service at 2125<br>South First Street, Champaign, Illinois 61820 | Case No. 25-MJ- 7022 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Central    District of    Illinois
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    May 12, 2025    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Eric I. Long    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of    .

Date and time issued:  04/28/2025   1:24 p.m.

*Eric Long*   Digitally signed by Eric Long
Date: 2025.04.28 13:25:55 -05'00'

*Judge's signature*

City and state:    Urbana, Illinois    Eric I. Long, United States Magistrate Judge
*Printed name and title*



| **Return** |||
|---|---|---|
| Case No.:<br>25-MJ- 7022 | Date and time warrant executed:<br>4/28/25 at approx. 1:33 PM | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>Inspector T. Spain (VMEG) |||
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>USPS Priority Mail parcel #9405 5362 0624 9297 4090 84:<br><br>- One clear Ziplock bag containing approx. 281.2g (with packaging) of purported Alprazolam tablets - yellow rectangle tablets with "R039" imprinted on one side. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/28/25

Redacted
*Executing officer's signature*

USPIS TFO Jonathan Haley
*Printed name and title*

# ATTACHMENT A

| | |
|---|---|
| SUBJECT PARCEL: | Located at 2125 S. First Street, Champaign, IL 61802 |
| USPS Tracking Number: | 9405 5362 0624 9297 4090 84 |
| Sender Address: | LA Market<br>26900 Newport Rd #119, Sun City, CA 92584 |
| Recipient Address: | Tracy White<br>1 Morin Ave, Danville, IL 61832 |
| Parcel Dimensions: | 8.68 inches by 5.43 inches by 1.75 inches |
| Parcel Weight: | 12.96 ounces |



*Photograph of the **Subject Parcel's** address label*

## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.